## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Michael Bilsak<br>　　　　　　　Debtor | CHAPTER 13 |
| PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee<br>　　　　　　　Movant<br>　　　vs.<br>David Michael Bilsak<br>　　　　　　　Debtor<br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | NO. 17-17774 REF<br><br>11 U.S.C. Section 362 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 345 West Street, Bethlehem, PA 18018 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: April 6, 2018**

_____
United States Bankruptcy Judge.