United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Michael Bilsak  
David Michael Bilsak  
    Debtors

Case No. 17-17774-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 06, 2018  
                           Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
```
db              David Michael Bilsak,    345 West Street,    Bethlehem, PA  18018-5620
db             +David Michael Bilsak,    MAILING ADDRESS:,    330 Franklin Street, Apt. 2,
                 Bethlehem, PA 18018-5339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@atlasacq.com Apr 07 2018 01:31:53      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                                 TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank NA,
               as Legal Title Trustee bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank NA, as
               Legal Title Trustee bkyefile@rasflaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Debtor David Michael Bilsak zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Michael Bilsak<br>    Debtor | CHAPTER 13 |
| PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee<br>    Movant<br>vs. | NO. 17-17774 REF |
| David Michael Bilsak<br>    Debtor | |
| Frederick L. Reigle Esq.<br>    Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 345 West Street, Bethlehem, PA 18018 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: April 6, 2018**

_____
United States Bankruptcy Judge.