UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :
                                                     :
    DAVID MICHAEL BILSAK          : Bankruptcy No.  17-17774REF
                                                     :
    Debtor(s)                     : Chapter 13

**ORDER**

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

_(signature)_

**Date: July 19, 2018**

RICHARD E. FEHLING, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Zachary Zawarski, Esq.
3001 Easton Avenue
Bethlehem, PA 18017

David Michael Bilsak
330 Franklin Street, Apt. 2
Bethlehem, PA 18018