United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Michael Bilsak
David Michael Bilsak
    Debtors

Case No. 17-17774-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Jul 19, 2018
    Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db              David Michael Bilsak,    345 West Street,    Bethlehem, PA 18018-5620
db             +David Michael Bilsak,    MAILING ADDRESS:,    330 Franklin Street, Apt. 2,
                 Bethlehem, PA 18018-5339
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14018321      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,    P.O Box 5010,    Woodland Hills, CA 91365)
14018323       +Fay Servicing, LLC,    440 S. LaSalle St., Suite 2000,    Chicago, IL 60605-5011
14018324       +Financial Recoveries,    200 E. Park Dr. Ste. 100,    Mount Laurel, NJ 08054-1297
14018325       +I C System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14018327       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
14071923       +PROF-2013-S3 Legal Title Trust II,,    by U.S. Bank NA, as Legal Title Trustee,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14018682       +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14079467       +PROF-2013-S3 Legal Title Trust II, by US Bank NA,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr., Suite 150,    Carrollton, TX 75006-3357
14018328      #+Penn Credit Corporation,    916 S. 14th St.,    Harrisburg, PA 17104-3425
14018330       +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14079507       +E-mail/Text: bnc@atlasacq.com Jul 20 2018 02:25:56     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14018322       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 20 2018 02:26:36      Diversified Consultant,
                 10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
14018326       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 20 2018 02:26:16     Midland Funding,
                 2365 Northside Dr. Ste. 30,    San Diego, CA 92108-2709
14018329        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:34:59
                 Portfolio Recovery Associates,    120 Corporate Blvd. Ste. 100,    Norfolk, VA 23502
14017394        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:20:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                Page 2 of 2                  Date Rcvd: Jul 19, 2018
                              Form ID: pdf900           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank NA,
           as Legal Title Trustee bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank NA, as
           Legal Title Trustee bkyefile@rasflaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          ZACHARY   ZAWARSKI    on behalf of Debtor David Michael Bilsak zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| DAVID MICHAEL BILSAK | : Bankruptcy No.  17-17774REF |
| | : |
| Debtor(s) | : Chapter 13 |

**ORDER**

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

_____
RICHARD E. FEHLING, B. J.

**Date: July 19, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Zachary Zawarski, Esq.
3001 Easton Avenue
Bethlehem, PA 18017

David Michael Bilsak
330 Franklin Street, Apt. 2
Bethlehem, PA 18018